IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGORY DONEL JOHNSON, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:14-CV-2406-M-BF |
| | § | |
| LORIE DAVIS, Director, Texas Dept. of Criminal Justice, Criminal Institutions Division, | § § § | |
| Respondent. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that the motion for leave to file a successive petition is construed as a successive habeas petition under 28 U.S.C. § 2254, and the petition is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit. *See* 28 U.S.C. ' 2244(b)(3); 28 U.S.C. § 1631.[1] The Clerk's Office is directed to open a new civil action, nature of suit 530, with direct assignment to Chief Judge Lynn and Magistrate Judge Stickney, and terminate the motion in this case.

---

[1] An order transferring a successive application to the court of appeals is not a final order requiring a certificate of appealability. *See United States v. Fulton*, 780 F.3d 683, 688 (5th Cir. 2015).

SO ORDERED this 20th day of November, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE